

# Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

Empire State Building
350 Fifth Avenue
Suite 5720
New York, NY 10118
Tel 212.239.9292
Fax 212.239.9001
www.twglawyers.com

**Scott B. Gilly**
sgilly@twglawyers.com

December 17, 2007

**VIA ECF**

The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom #8A South
Brooklyn, NY 11201

    Re:    <u>Joseph Weber v. Atlantic Zeiser/Orell Fussli, No. 07-CV-4014 (ERK)(RER)</u>

Dear Judge Korman:

We represent Plaintiff Joseph Weber in the above-captioned action. We write to request an extension of the deadline for opposing Defendant's motion challenging venue until January 15, 2008. Defendant's counsel have communicated their consent to the requested extension. Accordingly, we request that Your Honor "so order" this letter.

Thank you for your consideration.

Sincerely,

Scott B. Gilly

cc:    James Murphy, Esq. (Attorney for Defendant)