RECEIVED
MAY 27 2009
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------X
JOSEPH C. WEBER,

      Plaintiff,

  v.           CASE NO.: 08-CV-00977 (DRD/MAS)

ATLANTIC ZEISER/ORELL FUSSLI,

      Defendant.
------------------------------------------------X

## JOINT ~~PROPOSED~~ AMENDED SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. **Fact Discovery Deadline.** The deadline for completion of all fact discovery, including all fact depositions, shall be extended to June 30, 2009.

2. **Affirmative Expert Reports.** The deadline for delivery of all affirmative expert reports shall be extended to July 30, 2009.

3. **Responding Expert Reports.** The deadline for delivery of all responding expert reports shall be extended to August 30, 2009.

4. **Expert Depositions.** The deadline for deposition of experts to be completed shall be extended to October 29, 2009.

5. **Joint Proposed Final Pretrial Order.** The deadline for delivery the original joint proposed final pretrial order to the Court shall be extended to November 30, 2009.

6. STATUS CONFERENCE. The undersigned will hold a telephone status conference on July 1, 2009 at 3:30 PM. Plaintiff is to initiate the call to 973-645-3827. By June 29, 2009, the parties shall submit a JOINT case status letter.

SO ORDERED. 5/27/09

                 s/Michael A. Shipp
                 Michael A. Shipp
               United States Magistrate Judge