

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Scott B. Gilly**
sgilly@twglaw.com

July 14, 2009

**BY ECF**

Honorable Michael A. Shipp
United States Magistrate Judge
for the District of New Jersey
Martin Luther King, Jr. - U.S. Courthouse
50 Walnut Street, Courtroom MLK 2C
Newark, New Jersey 07101

    Re:    *Joseph C. Weber v. Atlantic Zeiser/Orell Fussli*,
             Case No. 08-CV-0977 (DRD) (MAS)

Dear Judge Shipp:

As Your Honor is aware, we represent Plaintiff Joseph C. Weber in the above-referenced matter. Pursuant to Your Honor's instructions during the telephonic conference on July 1, 2009, as memorialized in the Amended Scheduling Order dated July 7, 2009, the parties have met and conferred in good faith efforts to resolve outstanding disputes concerning written discovery. In light of those good faith discussions, as well as further correspondence between the parties, we hereby submit this joint letter, with Defendant's consent, to respectfully notify the Court that the parties have been able to resolve nearly all pending disputes regarding written discovery. The parties further anticipate that the few remaining open issues will be timely resolved between the parties, in good faith, without impacting the previously scheduled depositions set forth in the Amended Scheduling Order.

Respectfully submitted,

*/s/ Scott B. Gilly*
Scott B. Gilly

cc:    James Scott Murphy, Esq. (*Counsel for Defendant* – by ECF)
        Peter Cipparulo, III, Esq. (*Counsel for Defendant* – by email)
        Ari Graff, Esq. (*Counsel for Plaintiff* – by email)