UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Joseph Weber | : |
| **Plaintiff(s)** | : Civil Action No. 08-977 (DRD) |
| v. | : |
| | : **AMENDED** |
| Atlantic Zeiser/Orell Fussli | : **SCHEDULING ORDER** |
| | : |
| **Defendant(s)** | : |

THIS MATTER having come before the Court for a status conference on **September 14th, 2009**; and for good cause shown,

**IT IS on this 14th day of September, 2009**

**ORDERED THAT:**

1. **Fact Discovery Deadline.** Fact discovery is to remain open through **11/14/09**. All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. **Discovery Motions.** Any discovery motions filed by either party must be filed no later than **9/25/09**. Opposition must be filed by **10/5/09**, and Reply must be filed by **10/13/09**.

3. **Status Letter.** In the event that the parties do not file any motions, parties shall submit a joint status letter no later than **9/25/09** that provides an update as to the discovery process and overall status of the case.

4. **Outstanding documents.** Parties shall exchange all outstanding documents and discovery discussed during the 9/14/09 status conference by **9/18/09**.

5. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS.**

s/ Michael A. Shipp
**Michael A. Shipp**
**UNITED STATES MAGISTRATE JUDGE**