**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------------------X
JOSEPH C. WEBER,                                       :
                                                       :
                       Plaintiff,      :
                                                       :
           v.                                       :   No.: 08-CV-00977 (DRD/MAS)
                                                       :
ATLANTIC ZEISER/ORELL FUSSLI,                          :
                                                       :
                     Defendant.      :
------------------------------------------------------------X

## NOTICE OF MOTION TO COMPEL DISCOVERY

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, together with all prior pleadings and proceedings had herein, Plaintiff Joseph C. Weber, hereby moves this Court before the Honorable Michael A. Shipp at the United States District Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, for an Order compelling discovery and for such further relief as the Court may deem just and proper.

Dated: September 25, 2009
       New York, New York

                                    Respectfully submitted,

                                    THOMPSON WIGDOR & GILLY LLP

                                    _____/s/_____
                                      Scott B. Gilly
                                      Ariel Y. Graff
                                      85 Fifth Avenue
                                      New York, NY 10003
                                      Telephone:  (212) 257-6800
                                      Facsimile:   (212) 257-6845

                                    *COUNSEL FOR PLAINTIFF*