**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
------------------------------------------------------------X
JOSEPH C. WEBER,                              :
                                              :
                      Plaintiff,              :
                                              :
       v.                                     :   No.: 08-CV-00977 (DRD/MAS)
                                              :
ATLANTIC ZEISER/ORELL FUSSLI,                 :
                                              :
                      Defendant.              :
------------------------------------------------------------X
```

## NOTICE OF MOTION TO COMPEL DISCOVERY

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, together with all prior pleadings and proceedings had herein, Plaintiff Joseph C. Weber, hereby moves this Court before the Honorable Michael A. Shipp at the United States District Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, for an Order compelling discovery and for such further relief as the Court may deem just and proper.

Dated: September 25, 2009
      New York, New York

                Respectfully submitted,

                THOMPSON WIGDOR & GILLY LLP

                */s/ Ariel Graff*
                _____
                Scott B. Gilly
                Ariel Y. Graff
                85 Fifth Avenue
                New York, NY 10003
                Telephone:  (212) 257-6800
                Facsimile:  (212) 257-6845

                *COUNSEL FOR PLAINTIFF*