## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Joseph Weber | : |
|                   **Plaintiff(s)** | :     **Civil Action No. 08-977 (DRD)** |
| v. | : |
| Atlantic Zeiser/Orell Fussli | :     **ORDER** |
|                   **Defendant(s)** | : |

**THIS MATTER** having come before the Court by counsel for Defendant Atlantic Zeiser, Inc./Orell Fussli ("Defendant") by letter dated November 12, 2009 requesting an extension of fact discovery in order to permit the deposition of Walter Klingler; and counsel for Plaintiff Joseph Weber having filed a letter with the Court on same date requesting that this Court compel Defendant to produce Michael Raimondo for his duly-noticed deposition scheduled for November 13, 2009; and for good cause shown,

**IT IS** on this 13th day of **November, 2009**

**ORDERED THAT:**

1. The deposition of Walter Klingler shall be conducted on **11/16/09**.

2. The deposition of Michael Raimondo shall be conducted on **11/23/09**.

3. Fact discovery shall close on **11/27/09**. Absent extenuating circumstances, the Court will not entertain any additional fact discovery extension requests.

4. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY MAY RESULT IN SANCTIONS.**

                                                    */s/ Michael A. Shipp*
                                                    **MICHAEL A. SHIPP**
                                                    **UNITED STATES MAGISTRATE JUDGE**