# GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

Peter Cipparulo, III, Esq.
*NJ Bar*
Of Counsel

Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Phone Ext. 207
E-Mail: pc@garritygraham.com

ONE LACKAWANNA PLAZA, PO BOX 4205
MONTCLAIR, NJ 07042-8205
(973) 509-7500
FAX (973) 509-0414

New York Office

PMB 46015
140 BROADWAY
46TH FLOOR
NEW YORK, NY 10005
(212) 858-7716

December 3, 2009

**VIA ECF**

Honorable Michael A. Shipp, Magistrate
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    **Weber, Joseph v. Atlantic Zeiser, Inc.**
           **Civil Action No.**    :    **08-CV-00977 (DRD/MAS)**
           **Our File No.**        :    **512.21533/JSM**

Dear Judge Shipp:

    This letter is to advise that plaintiff has now complied with the outstanding discovery request required to be produced by Your Honor's Order of November 20, 2009. The issue regarding the plaintiff's production of his tax returns remain outstanding and we continue to request a Conference on that issue.

    Thank you.

                                                  Respectfully submitted,

                                                  PETER CIPPARULO, III

PC:dt
cc:    Ari Graff, Esq./Thompson, Wigdor & Gilly, LLP

M:\Data\CLI\512\215\33\Court\Magistrate Shipp 16.wpd